## READ v. SIPPLE.

Court of Common Pleas. December 3, 1814.

*Clayton's Notebook, 43.*

PER CURIAM. Let the judgment be set aside upon the terms of the defendant's paying the costs of the judgment and of this application, and of going to trial peremptorily at the next term.